**GUST ROSENFELD P.L.C.**
201 E. Washington, Suite 800
Phoenix, Arizona 85004-2327
Telephone No. (602) 257-7430
Facsimile No. (602) 340-1538
Madeleine C. Wanslee – 012590
mwanslee@gustlaw.com

**Attorneys for** *Maricopa County Treasurer*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF ARIZONA

In re:

STEVEN ANTHONY ENSLEY
VARETTA JEAN ENSLEY,

Debtors.

Case No. 2:08-bk-14976-JMM

(Chapter 13)

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
### [DKT #12]

Maricopa County Treasurer ("Maricopa County"), by and through its undersigned counsel, objects under 11 U.S.C. §§ 1322 and 1325 to confirmation of the Chapter 13 Plan filed by Debtors Steven Anthony and Varetta Jean Ensley ("Debtors") and states the following:

1. Maricopa County is a "party in interest" within the meaning of 11 U.S.C. § 1324 and may therefore assert this objection to confirmation.

2. Charles "Hos" Hoskins is the duly appointed Treasurer for Maricopa County, State of Arizona.

3. Maricopa County Treasurer was listed on the debtors' schedule and creditor's address label matrix with an incorrect address and therefore was not notified of the filing of this pending bankruptcy in a timely manner.

MCW:tmc 955284.1 1/30/2009

1

4. Debtors' real property located at 9435 W. Pierson St., Phoenix, Arizona 85037, identified as Parcel 102-18-094, is encumbered with a fully secured tax lien under A.R.S. § 42-17153. Therefore, Maricopa County holds a "secured interest" under 11 U.S.C. § 506. *See*, *Matter of Stanford*, 826 F.2d 353 (5th Cir. 1987).

5. Under Arizona law, Maricopa County's lien on the above-described real property is "prior and superior to all other liens and encumbrances on the property." *See*, A.R.S. § 42-17153 (2007).

6. Maricopa County filed a Proof of Claim in this case dated January 30, 2009, in the amount of $2,349.55 representing the 2008 real property taxes on Parcel 102-18-094. *See,* A.R.S. § 42-17153(C). The 2008 real property taxes accrue interest at the statutory rate of 16% per annum if not timely paid and until paid in full. *See,* 11 U.S.C. § 511 and A.R.S. § 42-18053.

7. The Chapter 13 Plan incorrectly lists Maricopa County Treasurer as an unsecured priority claim.

8. The Chapter 13 Plan also fails to specify the correct amount due and owing. The plan allows for an estimated amount of $1,152.00. This amount is only enough to cover the first half of the 2008 taxes. The tax lien for 2008 attached to the property on January 1, 2008. The plan also fails to include the statutory interest rate of 16% per annum, if not timely paid.

9. The Bankruptcy Code requires Debtors to pay Maricopa County (a) its entire secured claim and (b) post-petition interest on its secured claim until the claim is paid in full. *See,* 11 U.S.C. §§ 1325(a)(5)(B)(ii), 506 and 511; *Galveston Indep. School Dist. v. Heartland Fed. Sav. & Loan Assoc.*, 159 B.R. 198, 204 (S.D. Tex. 1993).

10. Maricopa County therefore requests that its claim for the 2008 real property taxes be paid as a secured claim in the amount of $2,349.55 along with interest at the statutory rate of 16% per annum until paid in full.

MCW:tmc 955284.1 1/30/2009

Based on the foregoing, Maricopa County respectfully requests that the Court deny confirmation of Debtors' Chapter 13 Plan or order that the Chapter 13 Plan be amended to (a) provide that Maricopa County's secured claim in the amount of $2,349.55 be paid, plus accruing interest at the statutory rate of 16% per annum, AND (b) provide that all property taxes that become due and payable post-petition shall be paid outside the Plan directly to Maricopa County.

Respectfully submitted this 30th day of January, 2009.

GUST ROSENFELD P.L.C.

By /s/ *Madeleine C. Wanslee* - #012590
Madeleine C. Wanslee
Attorneys for *Maricopa County Treasurer*

ORIGINAL of the foregoing electronically
filed this 30th day of January, 2009, with:

Clerk, United States Bankruptcy Court
District of Arizona
230 N. First Avenue, Suite 101
Phoenix, Arizona 85003-1706
*https://ecf.azb.uscourts.gov*

COPIES of the foregoing mailed or electronically
mailed this 30th day of January, 2009, to:

Steven A & Varetta J Ensley
9435 W. Peirson St.
Phoenix, AZ 85037
*Debtors*

Joseph W. Charles
5704 W. Palmaire Ave.
Glendale, AZ 85311-1737
Email: attyjcharles@joecharles.com
*Attorney for Debtor*

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
E-mail: susanh@maney13trustee.com
*Chapter 13 Trustee*

MCW:tmc 955284.1 1/30/2009

3

| | |
|---|---|
| 1 | Wells Fargo Bank, National Association as Trustee<br>C/O ROSICKI, ROSICKI & ASSOCIATES, P.C. |
| 2 | Outsource Management<br>51 East Bethpage Road |
| 3 | Plainview, NY  11803<br>E-mail: agoldberg@rosicki.com |
| 4 | *Creditor* |
| 5 | |
| 6 | By:/s/ *Teresa Clark* |

MCW:tmc  955284.1  1/30/2009