JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
623-939-6546

JOSEPH W. CHARLES, #003038
HARRY J. LENABURG, #005733
Attorneys for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In Re:

Steven Anthony Ensley and
Varetta Jean Ensley.

Debtors.

Case No. 2:08-bk-14976-JMM

**MOTION FOR MORATRIUM**

COME NOW the Debtors by and through counsel undersigned, respectfully moves this Court to enter an Order for a Moratorium of Debtor's Chapter 13 Plan payments 5, 6, and 7 (March, April and May, 2009).

The reason for this request is that the Debtor's incurred unexpected expenses, coupled with loss of income due to an unexpected death in the family. These unexpected expenses which put a severe strain on the debtor's finances are/were a one time occurrence and are not expected to continue.

Debtor proposes repayment of the payments by increasing Plan funding for months 48-60.

1

RESPECTFULLY SUBMITTED this 8th day of April, 2009.

          **JOSEPH W. CHARLES, P.C.**

          By   /s/ Joseph W. Charles
                **JOSEPH W. CHARLES**
                5704 West Palmaire Avenue
                Post Office Box 1737
                Glendale, Arizona 85311
                Attorney for Debtor

Copies mailed this _8_ day of April, 2009, to:

Edward J. Maney
P.O. BOX 10434
Phoenix, AZ 85064-0434

  s/ P.Poniatowski

2

JOSEPH W. CHARLES
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Phone: 623-939-6546
Fax:    623-939-6718

JOSEPH W. CHARLES, #003038
Attorney for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | Case No. 2:08-bk-14976-JMM |
| Steven Anthony Ensley and Varetta Jean Ensley | **ORDER** |
| Debtors. | |

Pursuant to the Motion for Moratorium, and good cause appearing,

IT IS HEREBY ORDERED granting Debtor a Moratorium on the March, April and May, 2009 Chapter 13 Plan Payments.

DONE IN OPEN COURT THIS ___ day of _____, 2009

_____
Judge of the U.S. Bankruptcy Court

COPY of the foregoing mailed
This ____ day of March, 2009 to:

All creditors listed on the Master Mailing List.

_____

3