Edward J. Maney, Trustee
P. O. Box 10434
Phoenix, AZ 85064
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STEVEN ENSLEY<br>xxx-xx-6120<br>VARETTA ENSLEY<br>xxx-xx-2141<br><br><br>                Debtor(s) | CHAPTER 13 BANKRUPTCY<br><br>CASE NO. 2-08-bk-14976-JMM<br><br>TRUSTEE'S EVALUATION AND RECOMMENDATION(S) REPORT WITH NOTICE OF POTENTIAL DISMISSAL IF CONDITIONS ARE NOT SATISFIED<br><br>RE: CHAPTER 13 MORATORIUM |

      Edward J. Maney, Trustee, has analyzed the Debtor's Chapter 13 Moratorium and supporting documents and submits the following evaluation and recommendation(s):

1. Interim Plan payments are current with payment of $1,300.00 due 6/23/09.

   Upon review of the claims register and plan payments, it appears to indicate that the Debtor(s) will be paying all claims in full (100%). If appropriate language is included in the Order which states that all filed claims will be paid in full prior to entry of an order of discharge, the Trustee will not require Plan payments to increase and will agree to confirmation of this case

2. The Trustee requires **completed** and **signed** copies of Debtor's 2008 State and Federal tax returns, W-2's and 1099's,

3. Maricopa County Treasurer has filed an objection to the Plan. The Trustee requires the objection to be resolved.

4. The proof of claim filed by the Wells Fargo differs from the creditors' treatment under the Plan or is not provided for by the Plan. This discrepancy must be resolved before confirmation of the Plan. The Trustee requires: (a) the Debtor(s) file an objection to the claim (if the debt is believed to be unsecured); (b) the holder of the claim endorse the order confirming the Plan; (c) the order confirming the Plan to provide for payment of the claim pursuant to the claim; or (d) an amended Plan be filed to provide for payment on the claim. The Trustee will require debtor(s) provide written notification as to whether the discrepancy

-1-

has been resolved by June 29, 2009. If resolution of the claim changes Plan funding requirements, the Trustee requires the receipt of an amended Plan analysis (Local Form 13-2) with any proposed Order confirming the Plan. If objections to the proofs of claim are timely filed by the Debtor(s), then the time to submit a proposed Order confirming the Plan to the Trustee is extended by 15 days after completion of the objections.

5. Items #2, #3, #5 and #6, of the Trustee's prior Recommendation have not been provided or resolved. The Trustee requires these issues to be resolved within the guidelines of this Recommendation. Debtors have been given sufficient time to comply with these issues; therefore, the Trustee will object to any further extensions.

Should failure to resolve the above issues result in a diversion of disposable income, the Trustee will require equivalent funds to the general unsecured creditors.

As this case will pay all claims, the Trustee will not require the other issues in the Recommendation to be resolved.

If the Debtor(s) have any questions or concerns regarding this Recommendation, they should contact their attorney. If Debtor(s) are not represented by counsel, they may contact the Case Administrator at extension 210.

The Plan can not be confirmed due to the objection(s) filed. **You are hereby advised that the Trustee may lodge an Order of Dismissal should Debtor fail to remain current in Plan payments, resolve above item(s) 2 through 5 and submit Stipulated Order Confirming to the Trustee for review and signature or request a hearing within 30 days from the date of this Trustee's Recommendation. The Trustee reserves the right to file a Supplemental Recommendation.**

Date: See Electronic Signature Block

Edward J. Maney, Trustee

| | |
|---|---|
| 1 | Copies of the foregoing |
| 2 | mailed on this date See Electronic Signature Block to: |
| 3 | Joseph Charles |
| 4 | P. O. Box 1737<br>Glendale, AZ   85311 |
| 5 | |
| 6 | Steven and Varetta Ensley<br>9435 W. Pierson St.<br>Phoenix, AZ   85037 |

_____