```
 1  JOSEPH W. CHARLES, P.C.
    5704 West Palmaire Avenue
 2  P.O. Box 1737
    Glendale, Arizona 85311-1737
 3  Phone: (623) 939-6546
    Fax:   (623) 939-6718
 4
    JOSEPH W. CHARLES
 5  State Bar No. 003038
    Attorney for Debtor
 6
```

### IN THE UNITED STATES BANKRUPTCY COURT

### DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | |
| STEVEN ANTHONY ENSLEY and, VARETTA JEAN ENSLEY, | Case No. 2:08-bk-14976-JMM |
| | Chapter 13 |
| Debtors. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY |
| Movant, | |
| vs. | |
| STEVEN ANTHONY ENSLEY and, VARETTA JEAN ENSLEY, Debtor(s); and EDWARD J. MANEY, Chapter 13 Trustee, | |
| Respondents. | |

COMES NOW the debtor, STEVEN ANTHONY ENSLEY and VARETTA JEAN ENSLEY, by and through her counsel undersigned, and hereby responds and objects to Movant Mortgage Electronic Registration Systems, Inc.'s Relief from the Automatic Stay as follows:

1

1. Movant has not shown to have proof of standing;

2. Movant's motion is not supported by the original note indicating the existence of the debt; and

3. Movant's motion is not supported by sufficient documentation verifying the alleged arrearages.

Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 18th day of August, 2009.

JOSEPH W. CHARLES, P.C.

By /s/ Joseph W. Charles
JOSEPH W. CHARLES
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311
Attorney for Debtor

COPY of the foregoing mailed this 18th day of August, 2009, to:

Mark Basco
Leonard J. McDonald
Tirrany & Basco, P.A.
2525 E. Camelback Road
Suite 300
Phoenix, AZ 85016
Attorney for Movant

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Chapter 13 Trustee

/s/ Chris Short