# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-05339

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Steven Anthony Ensley and Varetta Jean Ensley<br>        Debtors.<br>_____<br>Mortgage Electronic Registration Systems, Inc., as nominee for HomEq Servicing Corporation, its successors and/or assigns<br><br>        Movant,<br>  vs.<br><br>Steven Anthony Ensley and Varetta Jean Ensley, Debtors; Edward J. Maney, Trustee.<br><br>        Respondents. | No. 2:08-bk-14976-JMM<br><br>Chapter 13<br><br>AMENDED<br>NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br>AND<br>REQUIREMENT TO FILE<br><br>RE:  Real Property Located at<br>9435 Pierson St.<br>Phoenix, AZ 85037 |

    NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that there is no equity in the property, which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property.  Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

>  Mortgage Electronic Registration Systems, Inc., as nominee for HomEq Servicing Corporation, its successors and/or assigns
> c/o Mark S. Bosco, Esq.
> 2525 East Camelback Road
> Phoenix, Arizona 85016

WITHIN 15 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

FINALLY, Movant's Counsel certifies that a letter was sent seeking to resolve the issues necessitating the motion, to Debtor's Counsel or the Debtor if the Debtor is without counsel and that after sincere effort the parties have been unable to resolve the matter, and the letter was sent at least five (5) business days prior to the filing of the motion.

DATED this 1st day of September, 2009.

> TIFFANY & BOSCO, P.A.
> BY  /s/ MSB # 010167
>     Mark S. Bosco
>     Leonard J. McDonald
>     Attorney for Movant

Copy of the foregoing was
mailed September 1, 2009.

Steven Anthony Ensley and Varetta Jean Ensley
9435 West Pierson St.
Phoenix, AZ  85037
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, AZ  85064-0434
Trustee

Maricopa County Treasurer
P.O. Box 54133
Phoenix, AZ 85072-2133
By:  Cheryl Chavez