**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:     (623) 939-6718
attyjcharles@joe charles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>STEVEN ANTHONY ENSLEY and<br>VARETTA JEAN ENSLEY,<br><br>                Debtors.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for HOMEQ SERVICING CORPORATION, its successors and/or assigns<br><br>                Movant,<br><br>     vs.<br><br>STEVEN ANTHONY ENSLEY and VARETTA JEAN ENSLEY, Debtors; and EDWARD J. MANEY, Trustee,<br><br>                Respondents. | Case No. 2:08-bk-14976-JMM<br><br><br><br><br><br>OBJECTION TO 2nd AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>RE: Real Property Located at 9435 Pierson St.<br>Phoenix, AZ 85037 |

COMES NOW the debtors, STEVEN ANTHONY ENSLEY and VARETTA JEAN ENSLEY, by and through counsel undersigned, and hereby responds and objects to Movant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for HOMEQ SERVICING CORPORATION, its successors and/or assigns' Relief from the Automatic Stay as follows:

1. Movant has not shown to have proof of standing;
2. The note is in the name of Aegis Lending Corporation;
3. There is no allonge to the note;
4. The Deed of Trust is in the name of Aegis Lending Corporation as the lender; and
5. The records of the Maricopa County Recorder show Aegis Lending Corp. as the lien holder.

Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 7th day of October, 2009.

JOSEPH W. CHARLES, P.C.

By /s/ Joseph W. Charles
    JOSEPH W. CHARLES
    5704 W. Palmaire Avenue
    P.O. Box 1737
    Glendale, Arizona 85311
    Attorney for Debtors

1 | COPY of the foregoing mailed this 7th day of October, 2009, to:
2 |
3 |
4 | Mark Basco
Leonard J. McDonald
5 | Tiffany & Basco, P.A.
2525 E. Camelback Road
6 | Suite 800
Phoenix, AZ 85016
7 | Attorney for Movant
8 |
Edward J. Maney
9 | P.O. Box 10434
Trustee
10 |
11 | By: /s/ C. Short