# TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

09-05339/0325138469

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Steven Anthony Ensley and Varetta Jean Ensley<br>　　　　　　Debtors.<br><br>Mortgage Electronic Registration Systems, Inc., as nominee for HomEq Servicing Corporation, its successors and/or assigns<br><br>　　　　　Movant,<br>　vs.<br><br>Steven Anthony Ensley and Varetta Jean Ensley, Debtors; Edward J. Maney, Trustee.<br><br>　　　　　Respondents. | No. 2:08-bk-14976-JMM<br><br>Chapter 13<br><br>NOTICE OF PRELIMINARY HEARING<br><br>Related to Docket #38<br><br>December 18, 2009 at 10:00 a.m. |

　　　NOTICE IS HEREBY GIVEN that a Preliminary Hearing, with respect to the Motion to Lift the Automatic Stay filed by Mortgage Electronic Registration Systems, Inc., as nominee for HomEq Servicing Corporation, its successors and/or assigns, Movant, has been set for December 18, 2009 at 10:00 a.m. to be held at the U.S. Bankruptcy Court located at 230 North First Avenue Phoenix, AZ Courtroom #602.

…

…

Case 2:08-bk-14976-JMM    Doc 42    Filed 11/11/09    Entered 11/11/09 09:06:23    Desc
Main Document    Page 1 of 2

Dated this 11th day of November, 2009.

By  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorney for Movant

COPY of the foregoing mailed
This 12th day of November, 2009 to:

Steven Anthony Ensley and Varetta Jean Ensley
9435 West Pierson St.
Phoenix, AZ 85037
Debtor

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee

Maricopa County Treasurer
P.O. Box 54133
Phoenix, AZ 85072-2133

By: Sheri L. Wray