# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | STEVEN ANTHONY & VARETTA JEAN ENSLEY |
| **Case Number:** | 2:08-BK-14976-JMM    **Chapter:** 13 |
| **Date / Time / Room:** | FRIDAY, DECEMBER 18, 2009 10:00 AM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | KAYLA MORGAN |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 9435 PIERSON ST., PHOENIX, AZ 85037 FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HOMEQ SERVICING CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS .

**R / M #:**   38 / 0

## Appearances:

HARRY LENABURG, ATTORNEY FOR STEVEN ANTHONY ENSLEY, VARETTA JEAN ENSLEY
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## Proceedings:

The parties agreed to a 30 day continuance.

COURT:  THIS HEARING IS CONTINUED AS A ONE MINUTE FINAL HEARING TO JANUARY 20, 2010 AT 10:00 A.M.