**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Phone: (623) 939-6546**
**Fax: (623) 939-6718**
attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: ) <br> ) <br> ) <br> Steven Anthony Ensley and ) <br> Varetta Jean Ensley, ) <br> ) <br> Debtors. ) <br> _____ ) | Chapter 13 Proceedings <br><br> Case No. 2:08-bk-14976 <br><br> MOTION FOR MORATORIUM |

COME NOW the Debtors, STEVEN ANTHONY and VARETTA JEAN ENSLEY, by and through their attorney undersigned, and respectfully move this Court to enter an Order for a Moratorium of Debtors' Chapter 13 Payments.

The reason for this request is that the Debtor, VARETTA JEAN ENSLEY, will be undergoing a total hip replacement on January 5, 2010 and will be unable to work and therefore will not have income to pay the Chapter 13 payments.

Debtors request a moratorium for payments: December 2009, January 2010, February 2010, and March 2010 with Debtors payments resuming April, 2010.

Based on the above, Debtors respectfully request that the Court grant their Motion for Moratorium of their Chapter 13 Plan payments for the months of December 2009 through March 2010.

RESPECTFULLY SUBMITTED this 6th day of January, 2010.

JOSEPH W. CHARLES, P.C.

By  /s/ Joseph W. Charles
    JOSEPH W. CHARLES
    5704 West Palmaire Avenue
    Post Office Box 1737
    Glendale, Arizona 85311
    Attorney for Debtors

Copy of the foregoing Motion mailed this 6th day of January, 2010, to:

Edward J. Maney
PO BOX 10434
Phoenix AZ 85064
Chapter 13 Trustee

Office of the U.S. Trustee
230 N 1st Ave
Phoenix AZ 85003

all creditors on mailing matrix (see attached)

  /s/ Paulina Poniatowski