# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:08−bk−14976−JMM |
| STEVEN ANTHONY ENSLEY<br>9435 WEST PIERSON STREET<br>PHOENIX, AZ 85037<br>**SSAN:** xxx−xx−6120<br>**EIN:** | Chapter: 13 |
| VARETTA JEAN ENSLEY<br>9435 WEST PIERSON STREET<br>PHOENIX, AZ 85037<br>**SSAN:** xxx−xx−2141<br>**EIN:** | |
| Debtor(s) | |

## NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

## OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084−9 and 2084−10, plan or motion confirmation is governed by the following procedures:

1.   Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than 14 days after the date set for the meeting of creditors or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
| Address of Trustee | EDWARD J. MANEY<br>P.O. BOX 10434<br>PHOENIX, AZ 85064−0434 |
| Address of Debtor(s) | STEVEN ANTHONY ENSLEY<br>9435 WEST PIERSON STREET<br>PHOENIX, AZ 85037<br><br>VARETTA JEAN ENSLEY<br>9435 WEST PIERSON STREET<br>PHOENIX, AZ 85037 |
| Address of Debtor(s) Attorney | JOSEPH W. CHARLES<br>PO BOX 1737<br>GLENDALE, AZ 85311−1737 |

− − − NOTICE CONTINUES ON NEXT PAGE − − −

2.  The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.  If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4.  If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.  **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

**Date: January 6, 2010**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727<br>Telephone number: (602) 682–4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**Brian D. Karth** |

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: rootk                Page 1 of 2                  Date Rcvd: Jan 06, 2010
Case: 08-14976                 Form ID: nch13pln          Total Noticed: 42

The following entities were noticed by first class mail on Jan 08, 2010.
db/jdb       +STEVEN ANTHONY ENSLEY,    VARETTA JEAN ENSLEY,    9435 WEST PIERSON STREET,
               PHOENIX, AZ 85037-1023
aty           JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ 85311-1737
smg           AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,
               PHOENIX, AZ 85007-2650
cr           +MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,    C/O MARK S. BOSCO,    1850 N. CENTRAL AVENUE,
               SUITE 500,    PHOENIX, AZ 85004-4546
cr           +PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr         +++Wells Fargo Bank, National Association as Trustee,    Main Office,
               c/o Rosicki, Rosicki & Associates, P.C.,    Outsource Management,    51 East Bethpage Road,
               Plainview, NY 11803-4224
cr            c/o Madeleine C. Wanslee Maricopa County Treasurer,    Gust Rosenfeld PLC,    201 E. Washington,
               Ste. 800,    Phoenix, AZ 85004-2327
7655124       AMEX,    P.O. Box 981537,    El Paso TX 79998-1537
7736326       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
7709834       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
7655125       BANK OF AMERICA,    4060 Ogletown Stanton,    Newark DE 19713-3102
7655126       BARCLAYS BANK DELAWARE,    125 S West Street,    Wilmington DE 19801-5014
7655127       BENEFICIAL/HFC,    961 N Weigel,    Elmhurst IL 60126-1058
7665182      +Beneficial Arizona Inc,    961 Weigel Dr,    Elmhurst IL 60126-1058
7655128       CAPITAL ONE,    P.O. Box 30281,    Salt Lake City UT 84130-0281
7655129      +Debt Buyers,    C/O Hammeroff/Lavinsky Law Firm, P.C.,    3443 East Ft. Lowell Rd., Suite 101,
               Tucson AZ 85716-5669
7655130       EXXON MOBILE,    P.O. BOX 688940,    Des Moines IA 50368-8940
7837948       FIA Card Services aka Bank of America,    by eCAST Settlement Corporation,    as its agent,
               POB 35480,    Newark NJ 07193-5480
7655134      +HAMEROFF/LAVINSKY LAW FIRM, P.C.,    4565 Ruffner Street,    Suite 206,    San Diego CA 92111-2259
7742155      +HFC,    PO BOX 9618,    VIRGINIA BEACH VA 23450-9618
7655136      +HSBC BANK,    PO BOX 5253,    Carol Stream IL 60197-5253
7655137       JEROLD KAPLAN LAW OFFICE, PC,    P. O. Box 20431,    Phoenix AZ 85036-0431
7655138       LANE BRYANT,    PO Box856132,    Louisville KY 40285-6132
7836400      +MARICOPA COUNTY TREASURER,    C/O MADELEINE C. WANSLEE,    GUST ROSENFELD, P.L.C.,
               201 E. WASHINGTON, SUITE 800,    PHOENIX, AZ 85004-2327
7655139      +MARICOPA COUNTY TREASURER,    P.O. BOX 54133,    Phoenix AZ 85078-4133
8356943      +Mortgage Electronic Registration Systems, Inc., C/,    2525 E. CAMELBACK RD. SUITE 300,
               PHOENIX, AZ 85016-4237
8422110      +Mortgage Electronic Registration Systems, Inc., as,    2525 E. CAMELBACK RD. SUITE 300,
               PHOENIX, AZ 85016-4237
7990700      +Portfolio Recovery Assocs., LLC,    POB 41067,    Norfolk, VA 23541-1067
7655140      +SCOTT HOLTZ,    P. O. Box 29211,    Phoenix AZ 85038-9211
7662693       SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT,    FIRST EXPRESS,    PO BOX 856132,
               LOUISVILLE, KY 40285-6132
7760006      +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
7655141       TARGET NB,    P.O. Box 673,    Minneapolis MN 55440-0673
7655135     ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
              (address filed with court: HOMEQ SERVICING,    P. O. Box 13716,    Sacramento CA 95853-3716)
7763855      +Wells Fargo Bank, National Association as Trustee&,    Rosicki, Rosicki & Associates P.C.,
               51 East Bethpage Road,    Plainview, NY 11803-4224
7987124       eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
7799966       eCAST Settlement Corporation assignee of,    Capital One Bank,    POB 35480,    Newark NJ 07193-5480
7810716       eCAST Settlement Corporation assignee of,    FIA Card Services aka Bank of America,    POB 35480,
               Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Jan 06, 2010.
7655131       E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2010 00:04:13      GEMB/JCP,    P.O. Box 981402,
               El Paso TX 79998-1402
7655132       E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2010 00:04:12      GEMB/LOWES DC,    P.O. Box 981416,
               El Paso TX 79998-1416
7655133      +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2010 00:04:13      GEMB/WALMART,    P.O. Box 981400,
               El Paso TX 79998-1400
7786320       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
7754276       E-mail/PDF: BNCEmails@blinellc.com Jan 06 2010 23:57:59      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            C/O Mark S. Bosco Mortgage Electronic Registration
cr*           eCAST Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2010**                    **Signature:**    _/s/ Joseph Speetjens_