*JOSEPH W. CHARLES, P.C.*
*5704 West Palmaire Avenue*
*P.O. Box 1737*
*Glendale, Arizona 85311-1737*
*Phone: (623) 939-6546*
*Fax:    (623) 939-6718*
attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA, PHOENIX DIVISION**

| | |
|---|---|
| In re: ) | Chapter 13 Proceedings |
| ) | |
| ) | Case No. 2:08-bk-14976 |
| Steven Anthony Ensley and ) | |
| Varetta Jean Ensley, ) | |
| ) | MOTION FOR MORATORIUM |
| Debtors. ) | |
| _____ ) | |

COME NOW the Debtors, STEVEN ANTHONY and VARETTA JEAN ENSLEY, by and through their attorney undersigned, and respectfully move this Court to enter an Order for a Moratorium of Debtors' Chapter 13 Payments.

The reason for this request is that the Debtor, VARETTA JEAN ENSLEY, will be undergoing a total hip replacement on January 5, 2010 and will be unable to work and therefore will not have income to pay the Chapter 13 payments.

Debtors request a moratorium for payments: December 2009, January 2010, February 2010, and March 2010 with Debtors payments resuming April, 2010.

Based on the above, Debtors respectfully request that the Court grant their Motion for Moratorium of their Chapter 13 Plan payments for the months of December 2009 through March 2010.

1

RESPECTFULLY SUBMITTED this 6th day of January, 2010.

        JOSEPH W. CHARLES, P.C.

By  _/s/ Joseph W. Charles_
    JOSEPH W. CHARLES
    5704 West Palmaire Avenue
    Post Office Box 1737
    Glendale, Arizona 85311
    Attorney for Debtors

Copy of the foregoing Motion mailed this 6th day of January, 2010, to:

Edward J. Maney
PO BOX 10434
Phoenix AZ 85064
Chapter 13 Trustee

Office of the U.S. Trustee
230 N 1st Ave
Phoenix AZ 85003

all creditors on mailing matrix
(see attached)

_/s/ Paulina Poniatowski_

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: rootk               Page 1 of 2              Date Rcvd: Jan 06, 2010
Case: 08-14976                 Form ID: pdf010           Total Noticed: 42


The following entities were noticed by first class mail on Jan 08, 2010.
db/jdb     +STEVEN ANTHONY ENSLEY,   VARETTA JEAN ENSLEY,   9435 WEST PIERSON STREET,
             PHOENIX, AZ 85037-1023
aty         JOSEPH W. CHARLES,   PO BOX 1737,   GLENDALE, AZ 85311-1737
smg         AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,   1600 W. MONROE, 7TH FL.,
             PHOENIX, AZ 85007-2650
cr         +MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,   C/O MARK S. BOSCO,   1850 N. CENTRAL AVENUE,
             SUITE 500,   PHOENIX, AZ 85004-4546
cr         +PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
cr        +++Wells Fargo Bank, National Association as Trustee,   Main Office,
             c/o Rosicki, Rosicki & Associates, P.C.,   Outsource Management,   51 East Bethpage Road,
             Plainview, NY 11803-4224
cr          c/o Madeleine C. Wanslee Maricopa County Treasurer,   Gust Rosenfeld PLC,   201 E. Washington,
             Ste. 800,   Phoenix, AZ 85004-2327
7655124     AMEX,   P.O. Box 981537,   El Paso TX 79998-1537
7736326     American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
7709834     American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
7655125     BANK OF AMERICA,   4060 Ogletown Stanton,   Newark DE 19713-3102
7655126     BARCLAYS BANK DELAWARE,   125 S West Street,   Wilmington DE 19801-5014
7655127     BENEFICIAL/HFC,   961 N Weigel,   Elmhurst IL 60126-1058
7665182    +Beneficial Arizona Inc,   961 Weigel Dr,   Elmhurst IL 60126-1058
7655128     CAPITAL ONE,   P.O. Box 30281,   Salt Lake City UT 84130-0281
7655129    +Debt Buyers,   C/O Hammeroff/Lavinsky Law Firm, P.C.,   3443 East Ft. Lowell Rd., Suite 101,
             Tucson AZ 85716-5669
7655130     EXXON MOBILE,   P.O. BOX 688940,   Des Moines IA 50368-8940
7837948     FIA Card Services aka Bank of America,   by eCAST Settlement Corporation,   as its agent,
             POB 35480,   Newark NJ 07193-5480
7655134    +HAMEROFF/LAVINSKY LAW FIRM, P.C.,   4565 Ruffner Street,   Suite 206,   San Diego CA 92111-2259
7742155    +HFC,   PO BOX 9618,   VIRGINIA BEACH VA 23450-9618
7655136    +HSBC BANK,   PO BOX 5253,   Carol Stream IL 60197-5253
7655137     JEROLD KAPLAN LAW OFFICE, PC,   P. O. Box 20431,   Phoenix AZ 85036-0431
7655138     LANE BRYANT,   PO Box856132,   Louisville KY 40285-6132
7836400    +MARICOPA COUNTY TREASURER,   C/O MADELEINE C. WANSLEE,   GUST ROSENFELD, P.L.C.,
             201 E. WASHINGTON, SUITE 800,   PHOENIX, AZ 85004-2327
7655139    +MARICOPA COUNTY TREASURER,   P.O. BOX 54133,   Phoenix AZ 85078-4133
8356943    +Mortgage Electronic Registration Systems, Inc., C/,   2525 E. CAMELBACK RD. SUITE 300,
             PHOENIX, AZ 85016-4237
8422110    +Mortgage Electronic Registration Systems, Inc., as,   2525 E. CAMELBACK RD. SUITE 300,
             PHOENIX, AZ 85016-4237
7990700    +Portfolio Recovery Assocs., LLC,   POB 41067,   Norfolk, VA 23541-1067
7655140    +SCOTT HOLTZ,   P. O. Box 29211,   Phoenix AZ 85038-9211
7662693     SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT,   FIRST EXPRESS,   PO BOX 856132,
             LOUISVILLE, KY 40285-6132
7760006    +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
7655141     TARGET NB,   P.O. Box 673,   Minneapolis MN 55440-0673
7655135    ++WACHOVIA BANK NA,   PO BOX 13765,   ROANOKE VA 24037-3765
            (address filed with court: HOMEQ SERVICING,    P. O. Box 13716,   Sacramento CA 95853-3716)
7763855    +Wells Fargo Bank, National Association as Trustee&,   Rosicki, Rosicki & Associates P.C.,
             51 East Bethpage Road,   Plainview, NY 11803-4224
7987124     eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480
7799966     eCAST Settlement Corporation assignee of,   Capital One Bank,   POB 35480,   Newark NJ 07193-5480
7810716     eCAST Settlement Corporation assignee of,   FIA Card Services aka Bank of America,   POB 35480,
             Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Jan 06, 2010.
7655131     E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2010 00:04:13     GEMB/JCP,   P.O. Box 981402,
             El Paso TX 79998-1402
7655132     E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2010 00:04:13     GEMB/LOWES DC,   P.O. Box 981416,
             El Paso TX 79998-1416
7655133    +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2010 00:04:14     GEMB/WALMART,   P.O. Box 981400,
             El Paso TX 79998-1400
7786320     E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
7754276     E-mail/PDF: BNCEmails@blinellc.com Jan 06 2010 23:57:59     Roundup Funding, LLC,   MS 550,
             PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          C/O Mark S. Bosco Mortgage Electronic Registration
cr*         eCAST Settlement Corporation,   POB 35480,   Newark, NJ 07193-5480
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2010**                    **Signature:**  *Joseph Speetjens*