# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | STEVEN ANTHONY & VARETTA JEAN ENSLEY | | |
| **Case Number:** | 2:08-BK-14976-JMM | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 20, 2010 10:00 AM   6TH FLOOR #602 | | |
| **Bankruptcy Judge:** | JAMES M. MARLAR | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | KAYLA MORGAN | | |

## Matter:

ONE MINUTE FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 9435 PIERSON ST., PHOENIX, AZ 85037 FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HOMEQ SERVICING CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS .

**R / M #:**   38 / 0

## Appearances:

HARRY LENABURG, ATTORNEY FOR STEVEN ANTHONY ENSLEY, VARETTA JEAN ENSLEY
KEVIN NELSON, ATTORNEY FOR MOVANT

## Proceedings:

Mr. Nelson informed the Court that a six month cure agreement was sent to the debtor and he has received no response.

Mr. Lenaburg suggested that if the cure was put in writing his clients would know what they must do.

COURT:  THE COURT NOTED THAT THE PARTIES ARE IN AGREEMENT TO MODIFY THE STAY TO ALLOW THE DEBTOR TO CATCH UP ON POST PETITION ARREARAGES AND THE PLAN WILL ADDRESS THE PREPETITIOIN ARREARAGES.

Case 2:08-bk-14976-JMM    Doc 49    Filed 01/20/10    Entered 01/21/10 11:02:30    Desc
Main Document     Page 1 of 1