# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | STEVEN ANTHONY & VARETTA JEAN ENSLEY |
| **Case Number:** | 2:08-BK-14976-JMM  **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 17, 2010 10:00 AM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 9435 PIERSON ST., PHOENIX, AZ 85037 FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HOMEQ SERVICING CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS .

R / M #:   38 / 0

**VACATED:   RESCHEDULED ON COURT'S OWN MOTION TO 3/31/10 @ 10:00 A.M.**

### Appearances:

NONE

### Proceedings:

VACATED: RESCHEDULED ON COURT'S OWN MOTION TO 3/31/10 @ 10:00 A.M.

Case 2:08-bk-14976-JMM    Doc 58    Filed 03/17/10    Entered 03/17/10 11:36:03    Desc
Main Document    Page 1 of 1