# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | STEVEN ANTHONY & VARETTA JEAN ENSLEY |
| **Case Number:** | 2:08-BK-14976-JMM      **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 31, 2010 11:00 AM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | KAYLA MORGAN |

## Matter:

TRUSTEE MOTION TO APPOINT APPLICATION TO APPOINT SPECIAL COUNSEL TO REPRESENT THE ESTATE ON A CONTINGENT FEE BASIS PLUS COSTS

**R / M #:**   53 / 0

## Appearances:

HARRY LENABURG, ATTORNEY FOR STEVEN ANTHONY ENSLEY, VARETTA JEAN ENSLEY
RONALD L. HOFFBAUER, ATTORNEY FOR EDWARD J. MANEY

## Proceedings:

Mr. Hoffbauer urged his motion, asking that special counsel be appointed.

COURT: IT IS ORDERED GRANTING THE APPOINTMENT OF SPECIAL COUNSEL ON A CONTINGENCY FEE BASIS, AND ALLOWING NEGATIVE NOTICE.

IT IS FURTHER ORDERED THAT PAYMENT SHALL BE MADE TO THE TRUSTEE AND HELD IN THE TRUST ACCOUNT.