```
 1  RONALD L. HOFFBAUER, 006888
    P.O. BOX 10434
 2  PHOENIX, AZ 85064
    (602) 277-3776 x205
 3  Fax: (602) 277-4103
    ronh@maney13trustee.com
 4  Attorney for Edward J. Maney,
        Chapter 13 Trustee
 5
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | |
|---|---|---|
| | ) | No. 2:08-bk-14976 JMM |
| STEVEN ANTHONY ENSLEY, | ) | Chapter 13 |
| SSN: XXX-XX-6120 | ) | |
| VARETTA JEAN ENSLEY, | ) | TRUSTEE'S APPLICATION TO |
| SSN: XXX-XX-2141 | ) | COMPROMISE CLAIM |
| | ) | |
| Debtors. | ) | |

Comes now Edward J. Maney, the standing Chapter 13 Trustee assigned to administer this case (hereafter "Trustee"), by and through counsel undersigned, and herein applies to this Court for an Order authorizing the Trustee to compromise a pre-petition claim of the estate. In support of this Application, the Trustee respectfully represents the following:

1. This case was commenced by voluntary petition filed by the Debtor on October 24, 2008.

2. Edward J. Maney is the duly appointed and acting Trustee in this case.

3. Among the assets of the estate is a construction defect claim of the Debtors.

4. Douglas A. Lusson, Esq. of The Law Firm of Kasdan, Simonds, Riley & Vaughn, LLP was appointed to represent the estate subject to approval of the payment of fees and costs to the firm pursuant to his agreement with the Debtor by the Court.

5. Douglas A. Lusson, Esq. of The Law Firm of Kasdan, Simonds,

-1-

1. Riley & Vaughn, LLP has negotiated a settlement of the claim relating to a defective roof on the Debtors' home for the total sum of Five Thousand Eight Hundred and 33/100 Dollars ($5,833.33) and a judgment after trial in the amount of Sixty-Nine Thousand Three Hundred Fifty Four and 59/100 ($69,345.59) for other damage claims. The Trustee believes the settlement and judgment is appropriate after consideration of all of the circumstances, including the time and costs that would be involved in pursuing this matter further.

6. Pursuant to the fee agreement and as set forth in the Application to Appoint Special Counsel, the Trustee proposes to pay Kasdan, Simonds, Riley & Vaughn, LLP the sum of $25,062.64, expert witness fees in the sum of $14,698.10 and costs in the amount of $11,246.65.

7. The Trustee, in exercise of his best business judgment, and in consideration of the requirements of A & C Properties, 784 F.2d 1377 (9th Cir. 1986), In re Woodson, 839 F.2d 610 ($9^{th\ Cir}$. 1988), and In re Schmidt, 215 B.R. 417 (9th Cir. BAP 1997), believes that the proposed compromise and settlement is an appropriate resolution of the Claim. The probability of success, if litigated, the expense of litigation, and the paramount interest of creditors, with due deference to their reasonable views, all mandate that the settlement be approved. The Trustee believes that the proposed settlement is fair and equitable and in the best interest of all creditors and parties-in-interest.

Wherefore, the Trustee prays for an Order of this Court as follows:

A. Authorizing the Trustee to accept the negotiated settlement of $5, 833.33 as full and complete satisfaction of the estate's interest in the construction defect claim relating to the roof on Debtors' home;

1    B. Authorizing the Trustee to accept the judgment after trial in
2 the amount of $69,453.59;
3    C. Authorizing the Trustee to disburse to Kasdan, Simonds, Riley &
4 Vaughn, LLP the sum of $25,062.64, expert witness fees in the sum of
5 $14,698.10 and costs in the amount of $11,248.65;
6    D. Authorizing the Trustee to retain the remaining proceeds for
7 distribution to the unsecured creditors; and
8    E. For such other and further relief as this Court deems just and
9 proper.
10    Dated as set forth on the electronic signature affixed hereto.

**Ronald L. Hoffbauer**

Digitally signed by Ronald L. Hoffbauer
DN: cn=Ronald L. Hoffbauer, c=US, o=Edward J. Maney, Trustee, ou=Staff Attorney, email=ronh@maney13trustee.com
Date: 2010.03.31 14:28:58 -07'00'

Ronald L. Hoffbauer
Attorney for Edward J. Maney, Trustee

17 c:\ron\pleadings\pi\vargasapptocompclaim

-3-