**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax: (623) 939-6718
Email: LawOffice@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| Steven Anthony Ensley and Varetta Jean Ensley, | Case No. 2:08-bk-14976-JMM |
| Debtors. | **ORDER** |

Pursuant to the Debtors' Motion for Moratorium, and good cause appearing,

IT IS HEREBY ORDERED granting the Debtors a Moratorium on the December, 2009; January, 2010; February, 2010 and March, 2010 Chapter 13 Plan payments. Debtors will resume their Chapter 13 Plan payments on April 24, 2010.

DONE IN OPEN COURT this ___ day of _____, 2010.

_____
Honorable James M. Marlar
United States Bankruptcy Court

- 1 -