In re   **STEVEN ANTHONY ENSLEY,**                                                       Case No.   **2:08-bk-14976**
      **VARETTA JEAN ENSLEY**
                                                                                  ,
Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 9435 West Pierson Street, Phoenix AZ** | **Joint tenant** | **C** | **159,000.00** | **260,306.68** |
| **Debtors interest in settlement of construction defect claim against homebuilder. Serttlement is to compensate debtor for diminished value in homestead.** | **Fee simple** | **C** | **Unknown** | **0.00** |
| | | Sub-Total > | **159,000.00** | (Total of this page) |
| | | Total > | **159,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re  **STEVEN ANTHONY ENSLEY,**  Case No. __**2:08-bk-14976**__
      **VARETTA JEAN ENSLEY**
                                                     Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** <br> Debtors interest in settlement of construction defect claim against homebuilder. Serttlement is to compensate debtor for diminished value in homestead. | Ariz. Rev. Stat. § 33-1101(A) | 100% | Unknown |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Bank of America checking & savings accounts | Ariz. Rev. Stat. § 33-1126A9 | 300.00 | 300.00 |
| **Household Goods and Furnishings** <br> Household Furnishings | Ariz. Rev. Stat. § 33-1123 | 3,000.00 | 3,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> Misc records, CDs, DVDs | Ariz. Rev. Stat. § 33-1123(10) | 800.00 | 800.00 |
| **Wearing Apparel** <br> Clothing | Ariz. Rev. Stat. § 33-1125(1) | 1,000.00 | 1,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 1998 Dodge Stratus 171,395 miles <br> Kelley Blue Book - Private Party Value - Fair Condition <br> Location: 9435 West Pierson Street, Phoenix AZ | Ariz. Rev. Stat. § 33-1125(8) | 1,510.00 | 1,510.00 |
| 2000 Ford Ranger <br> 112,271 miles <br> Kelley Blue book - Private Party Value <br> Location: 9435 West Pierson Street, Phoenix AZ | Ariz. Rev. Stat. § 33-1125(8) | 2,035.00 | 2,035.00 |
| | Total: | **8,645.00** | **8,645.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt