**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Telephone: 623-939-6546**
**Fax: (623) 939-6718**
**Email: lawoffice@jcharles.com**

JOSEPH W. CHARLES
State Bar #003038
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

Steven Anthony Ensley and
Varetta Jean Ensley.

Debtors.

Chapter 13 Proceedings

Case No. 2:08-bk-14976-JMM

**MOTION FOR
TURNOVER OF FUNDS**

COMES NOW, STEVEN ENSLEY AND VARETTA JEAN ENSLEY, Debtors, by and through the law offices of JOSEPH W. CHARLES, P.C., and states as follows:

1. That on 10/24/08, the Debtor, STEVEN ENSLEY AND VARETTA JEAN ENSLEY, filed a voluntary petition for relief under Title 11 USC.

2. That this Honorable Court has jurisdiction over this action under the provisions of Title 11 USC Section 105 and 28 USC Section 157.

3. That the Chapter 13 Trustee, EDWARD MANEY, is holding the sum of at least $24,000.00, which are the proceeds of a construction defect litigation to which the Debtor and several other homeowners were party.

1

4. That the award was to compensate the homeowners for the decreased value of their primary residence as a result of its' defective construction.

5. That STEVEN ENSLEY AND VARETTA JEAN ENSLEY, claim that those proceeds are exempt under Arizona's Homestead exemption A.R.S. § 33-1101(A).

6. That the Bankruptcy Trustee and the bankruptcy estate has no interest or claim against such funds being held and should turnover the funds upon order of the Court.

**WHEREFORE**, the Debtors, STEVEN ENSLEY AND VARETTA JEAN ENSLEY prays that this Honorable Court order Chapter 13 Trustee Edward J. Maney to turnover those funds of at least $24,000.00, or the greater of whatever amount is currently being held to Debtor via the law office of JOSEPH W. CHARLES, P.C.

RESPECTFULLY SUBMITTED this 27th day of May, 2010.

**JOSEPH W. CHARLES, P.C.**

By: /s/ Joseph W. Charles
**JOSEPH W. CHARLES**
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311
Attorney for Debtors

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | The forgoing was electronically filed with<br>The clerk of the court and a copy |
| 4 | Was mailed this 27TH day of<br>May, 2010, to: |
| 5 | |
| 6 | All parties listed in the master mailing matrix attached |
| 7 | Edward J. Maney<br>P.O. BOX 10434 |
| 8 | Phoenix, AZ 85064-0434 |
| 9 |   /s/ I.Waters |

3