RONALD L. HOFFBAUER, 006888
P.O. BOX 10434
PHOENIX, AZ 85064
(602) 277-3776 x205
Fax: (602) 277-4103
ronh@maney13trustee.com
Attorney for Edward J. Maney,
       Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | |
|---|---|---|
| | ) | No.   2:08-bk-14976 JMM |
| STEVEN ANTHONY ENSLEY, | ) | Chapter 13 |
| SSN: XXX-XX-6120 | ) | |
| VARETTA JEAN ENSLEY, | ) | CERTIFICATE OF SERVICE |
| SSN: XXX-XX-2141 | ) | |
| | ) | |
| Debtor. | ) | |

I, Ronald L. Hoffbauer, state as follows:

1. I am the staff attorney for Edward J. Maney, Chapter 13 Trustee and am authorized to make this certification on behalf of the Trustee.

2. Pursuant to the Local Rules, copies of the Notice of Trustee's Application to Compromise Claim and pay Fees and Costs to Special Counsel and to Pay Subrogation Amounts was dispatched by first-class mail, postage prepaid, to the parties listed on Exhibit A attached hereto on March 31, 2010.

Executed on the date set forth on the electronic signature affixed hereto:

_____                                    _____
Ronald L. Hoffbauer, Staff Attorney
For Edward J. Maney, Trustee

[Not notarized pursuant to 28 U.S.C. §1746]

c:\ron\pleadings\pi\ensleycertofmailing

-1-

```
Label Matrix for local noticing          MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, IN    PRA Receivables Management, LLC
0970-2                                   C/O MARK S. BOSCO                               PO Box 41067
Case 2:08-bk-14976-JMM                   1850 N. CENTRAL AVENUE                          Norfolk, VA 23541-1067
District of Arizona                      SUITE 500
Phoenix                                  PHOENIX, AZ 85004-4546
Fri Mar  5 10:22:09 MST 2010

Wells Fargo Bank, National Association as Tr    eCAST Settlement Corporation             U.S. Bankruptcy Court, Arizona
Main Office                              POB 35480                                       230 North First Avenue, Suite 101
c/o Rosicki, Rosicki & Associates, P.C.  Newark, NJ 07193-0001                           Phoenix, AZ 85003-0608
Outsource Management
51 East Bethpage Road
Plainview, NY 11803

AMEX                                     American Express Bank FSB                       American Express Centurion Bank
P.O. Box 981537                          c/o Becket and Lee LLP                          c/o Becket and Lee LLP
El Paso TX 79998-1537                    POB 3001                                        POB 3001
                                         Malvern PA 19355-0701                           Malvern PA 19355-0701


BANK OF AMERICA                          BARCLAYS BANK DELAWARE                          BENEFICIAL/HFC
4060 Ogletown Stanton                    125 S West Street                               961 N Weigel
Newark DE 19713-3102                     Wilmington DE 19801-5014                        Elmhurst IL 60126-1058


Beneficial Arizona Inc                   CAPITAL ONE                                     Debt Buyers
961 Weigel Dr                            P.O. Box 30281                                  C/O Hammeroff/Lavinsky Law Firm, P.C.
Elmhurst IL 60126-1058                   Salt Lake City UT 84130-0281                    3443 East Ft. Lowell Rd., Suite 101
                                                                                         Tucson AZ 85716-5669


EXXON MOBILE                             FIA Card Services aka Bank of America           GEMB/JCP
P.O. BOX 688940                          by eCAST Settlement Corporation                 P.O. Box 981402
Des Moines IA 50368-8940                 as its agent                                    El Paso TX 79998-1402
                                         POB 35480
                                         Newark NJ 07193-0001


GEMB/LOWES DC                            GEMB/WALMART                                    HAMEROFF/LAVINSKY LAW FIRM, P.C.
P.O. Box 981416                          P.O. Box 981400                                 4565 Ruffner Street
El Paso TX 79998-1416                    El Paso TX 79998-1400                           Suite 206
                                                                                         San Diego CA 92111-2259


HFC                                      (p)WACHOVIA BANK NA                             HSBC BANK
PO BOX 9618                              PO BOX 13765                                    PO BOX 5253
VIRGINIA BEACH VA 23450-9618             ROANOKE VA 24037-3765                           Carol Stream IL 60197-5253


JEROLD KAPLAN LAW OFFICE, PC             LANE BRYANT                                     LVNV Funding LLC its successors and assigns
P. O. Box 20431                          PO Box856132                                    assignee of Citibank
Phoenix AZ 85036-0431                    Louisville KY 40285-6132                        Resurgent Capital Services
                                                                                         PO Box 10587
                                                                                         Greenville, SC 29603-0587


MARICOPA COUNTY TREASURER                MARICOPA COUNTY TREASURER                       Mortgage Electronic Registration Systems, In
C/O MADELEINE C. WANSLEE                 P.O. BOX 54133                                  2525 E. CAMELBACK RD. SUITE 300
GUST ROSENFELD, P.L.C.                   Phoenix AZ 85078-4133                           PHOENIX, AZ 85016-4237
201 E. WASHINGTON, SUITE 800
PHOENIX, AZ 85004-2327
```

| | | |
|---|---|---|
| Portfolio Recovery Assocs., LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | SCOTT HOLTZ<br>P. O. Box 29211<br>Phoenix AZ 85038-9211 |
| SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT<br>FIRST EXPRESS<br>PO BOX 856132<br>LOUISVILLE, KY 40285-6132 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | TARGET NB<br>P.O. Box 673<br>Minneapolis MN 55440-0673 |
| U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | Wells Fargo Bank, National Association as Tr<br>Rosicki, Rosicki & Associates P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803-4224 | eCAST Settlement Corporation assignee of<br>Capital One Bank<br>POB 35480<br>Newark NJ 07193-0001 |
| eCAST Settlement Corporation assignee of<br>FIA Card Services aka Bank of America<br>POB 35480<br>Newark NJ 07193-0001 | EDWARD J. MANEY<br>P.O. BOX 10434<br>PHOENIX, AZ 85064-0434 | JOSEPH W. CHARLES<br>LAW OFFICES OF JOSEPH W. CHARLES, P.C.<br>PO BOX 1737<br>GLENDALE, AZ 85311-1737 |
| STEVEN ANTHONY ENSLEY<br>9435 WEST PIERSON STREET<br>PHOENIX, AZ 85037-1023 | VARETTA JEAN ENSLEY<br>9435 WEST PIERSON STREET<br>PHOENIX, AZ 85037-1023 | c/o Madeleine C. Wanslee Maricopa County Tre<br>Gust Rosenfeld PLC<br>201 E. Washington<br>Ste. 800<br>Phoenix, AZ 85004-2327 usa |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


HOMEQ SERVICING
P. O. Box 13716
Sacramento CA 95853-3716


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Mortgage Electronic Registration Systems,<br>2525 E. CAMELBACK RD. SUITE 300<br>PHOENIX, AZ 85016-4237 | (d)eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-0001 | (u)C/O Mark S. Bosco Mortgage Electronic Regi |

End of Label Matrix
Mailable recipients    44
Bypassed recipients     3
Total                  47