RONALD L. HOFFBAUER, 006888
P.O. BOX 10434
PHOENIX, AZ 85064
(602) 277-3776 x205
Fax: (602) 277-4103
ronh@maney13trustee.com
Attorney for Edward J. Maney,
    Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:                             )
                                   )   No.  2: 09-bk-14976 JMM
STEVEN ANTHONY ENSLEY,             )          Chapter 13
SSN: XXX-XX-6120                   )
VARETTA JEAN ENSLEY,               )   ORDER APPROVING TRUSTEE'S
SSN: XXX-XX-2141                   )   APPLICATION TO COMPROMISE
                                   )   CLAIM OF SCOTT DAVID DRISCOL
            Debtors.               )
_____)

This matter comes before the Court upon the motion of Edward J. Maney, the standing Chapter 13 Trustee assigned to administer this case, applying to this Court for an Order authorizing him to compromise a claim of the estate arising from a defective roof on the Debtors' home for the total sum of Five Thousand Eight Hundred and 33/100 Dollars ($5,833.33) and a judgment after trial in the amount of Sixty-Nine Thousand Three Hundred Fifty Four and 59/100 ($69,345.59) for a construction defect claim.

The motion proposes to pay Special Counsel Kasdan, Simonds, Riley & Vaughn, LLP the sum of $25,062.64, expert witness fees in the sum of $14,698.10 and costs in the amount of $11,246.65 and the net proceeds to be retained by the Trustee as supplemental proceeds for the benefit of the unsecured creditors of the estate.

The motion having been served upon interested parties and no objections having been filed, for good cause appearing, it is

ORDERED

A. Authorizing the Trustee to accept the sum of $5,833.33 as full and complete satisfaction of the estate's interest in the Claim for a defective roof;

B. Authorizing the Trustee to accept the judgment of $69,345.59 as full and complete satisfaction of the estate's interest in the Claim for construction defects awarded at trial;

C. Authorizing the Trustee to disburse the sum of $25,062.64 as fees, the sum of $14,698.10 as expert witness fees and costs in the amount of $11,246.65 to Kasdan, Simonds, Riley & Vaughn, LLP;

D. Authorizing the Trustee to retain the net proceeds of the settlement as supplemental proceeds for the benefit of and disbursement to the unsecured creditors of the estate: and

Dated as set forth on the electronic signature affixed hereto.

_____
James M. Marlar, Judge
U.S. Bankruptcy Court

c:\ron\pleadings\pi\ensleyordertocompromiseclaim