# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-05339

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-14976-JMM |
| Steven Anthony Ensley and Varetta Jean Ensley, Debtors. | Chapter 13 |
| | NOTICE OF DEFAULT |
| Mortgage Electronic Registration Systems, Inc., as nominee for HomEq Servicing Corporation, its successors and/or assigns | RE: Real Property Located at 9435 Pierson St. Phoenix, AZ 85037 |
| Movant, vs. | |
| Steven Anthony Ensley and Varetta Jean Ensley, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

Mortgage Electronic Registration Systems, Inc., as nominee for HomEq Servicing Corporation, its successors and/or assigns secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

1. An Amended Order was entered on May 13, 2010 which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust recorded in the records of the Maricopa County, Arizona Recorder's Office, which encumbers the following real property:

Lot 52, TERRACITA, according to the Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, Recorded in Book 492 of Maps, Page 29.

A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtors have not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---|
| 2 Monthly Payments(s) at $2,022.74 | $4,045.48 |
| (May 1, 2010 - June 1, 2010) | |
| 2 Late Charge(s) at $101.14 | $202.28 |
| (May 1, 2010 - June 1, 2010) | |
| Attorneys Fees | $150.00 |
| Total | $4,397.76 |

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

3. Notice is hereby given to the Bankruptcy Court, Debtors, counsel for Debtors, and Trustee, that unless debtor' default under the terms of the Stipulation and Order is cured not later than fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 10th day of June, 2010.

TIFFANY & BOSCO, P.A.

By /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    2525 East Camelback Road Suite 300
    Phoenix, Arizona 850165
    Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.